IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY JACKSON, # 122426, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:16cv260-WHA |
| | ) (WO) |
| LEEPOSEY DANIELS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. # 4) that the petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 (Doc. # 1) be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. There are no objections to the recommendation. After an independent and *de novo* review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Therefore, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED.

2. The petition for writ of habeas corpus (Doc. # 1) is DENIED.

3. This case is DISMISSED under 28 U.S.C. § 2244(b)(3), because the petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

DONE this 4th day of January, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE